IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY CAMPION,

    Plaintiff,                                 JUDGMENT IN A CIVIL CASE

v.                                           Case No. 12-cv-734-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted

and this case is remanded pursuant to sentence four of 42 §405 U.S.C. (g).


            s/V. Olmo, Deputy Clerk                       12/1/2014
          Peter Oppeneer, Clerk of Court                        Date